

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00220-CR

| | | |
|---|---|---|
| DAVID ALLEN STEEN, Appellant | § | On Appeal from the 213th District Court |
| | § | of Tarrant County (1442402D) |
| V. | § | October 4, 2018 |
| | § | Opinion by Justice Birdwell |
| | § | |
| THE STATE OF TEXAS | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the $100 cost for "Emerg Med Serv." It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
  Justice Wade Birdwell